**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| PARRISH FARMER | § | |
| VS. | § | CIVIL ACTION NO. 9:19-CV-210 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, *et al.*, | § | |

ORDER ACCEPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Parrish Farmer, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against numerous defendants.

The court referred this matter to the Honorable Keith Giblin, United States Magistrate Judge, at Lufkin, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge recommends this civil rights action be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (docket entry no. 9).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed to date. [1]

ORDER

The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ACCEPTED**.  A Final Judgment will be entered in

---

[1] Plaintiff received a copy of the Report and Recommendation on November 2, 2020 (docket entry no. 10).

accordance with the recommendations of the Magistrate Judge.

      So ORDERED and SIGNED, Jan 06, 2021.

                                                Ron Clark
                                                Senior Judge